THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK SCHERBATY and STEPHEN STOKEY, Appellants.

Submitted June 11, 1942; decided July 29, 1942.

*Harry A. Roth* for appellants.

*Frank S. Hogan, District Attorney (Richard G. Denzer* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.